# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
United Power Systems, Inc. ) ASBCA No. 59890
)
Under Contract No. FA3022-14-P-0037 )

APPEARANCE FOR THE APPELLANT: Paul J. Harak, Esq.
Holzinger, Harak & Scomillio
Bethlehem, PA

APPEARANCES FOR THE GOVERNMENT: Lt Col Matthew J. Mulbarger, USAF
Air Force Chief Trial Attorney
Erika L. Whelan Retta, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 18 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59890, Appeal of United Power Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals